UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

R & K PRODUCE INC,
Plaintiff,

-against-

MARNOCK LLC, d/b/a Food Saver NY, MARNOCK RETAIL LLC, d/b/a Good Food For Less, and IAN KELLY,
Defendants.

**MEMORANDUM AND ORDER**
Case No. 25-CV-5570 (FB) (PK)

*Appearances:*
*For the Plaintiff:*
GREGORY ADAM BROWN
McCarron & Diess
200 Broadhollow Road, Suite 207
Melville, NY 11747

**BLOCK, Senior District Judge:**

Magistrate Judge Peggy Kuo issued a report and recommendation ("R&R") recommending the Court grant the motion for default judgment against Defendant. *See* R&R at 15-16. The R&R gave the parties 14 days to file objections and warned that "[f]ailure to file objections within the specified time waives the right to appeal any order or judgment entered based on this Report and Recommendation." *Id.* at 16. It was served by regular mail on September 11, 2026, making objections due on September 25, 2026. *See* Fed. R. Civ. P. 6(d). No objections have been filed.

Where clear notice has been given of the consequences of failure to object, and there are no objections, the Court may adopt the R&R without de novo review. *See*

*Thomas v. Arn*, 474 U.S. 140, 149-50 (1985); *Mario v. P & C Food Mkts., Inc.*, 313 F.3d 758, 766 (2d Cir. 2002) ("Where parties receive clear notice of the consequences, failure timely to object to a magistrate's report and recommendation operates as a waiver of further judicial review of the magistrate's decision."). The Court will, however, excuse the failure to object and conduct de novo review if it appears that the magistrate judge may have committed plain error. *See Spence v. Superintendent, Great Meadow Corr. Facility*, 219 F.3d 162, 174 (2d Cir. 2000).

No error, plain or otherwise, appears on the face of the R&R, so the Court adopts it without de novo review. The Court directs the Clerk to enter judgement for Plaintiff as described in the R&R, including the requested damages, interests, and attorneys' fees.

**SO ORDERED.**

_/S/ Frederic Block__________
FREDERIC BLOCK
Senior United States District Judge

Brooklyn, New York
September 25, 2026