UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| R & K PRODUCE INC., Plaintiff, - against - MARNOCK LLC d/b/a FOOD SAVER NY, MARNOCK RETAIL LLC d/b/a GOOD FOOD FOR LESS and IAN KELLY, Defendants. | Case No. 25-cv-5570 (FB)(PK) **FINAL DEFAULT JUDGMENT** |

**UPON** the motion of plaintiff R & K Produce Inc., the accompanying declarations of Gregory Brown, counsel for Plaintiff dated November 20, 2025, Tae Wook Kang, Plaintiff's Accounts Receivable Manager, dated November 20, 2025, the exhibits annexed thereto, the Clerk's Certificate of Default, and the supporting memorandum of law submitted therewith, which demonstrate that: defendants Marnock LLC doing business as Food Saver NY ("Marnock"), Marnock Retail LLC doing business as Good Food For Less ("Marnock Retail") and Ian Kelly ("Kelly") (Marnock, Marnock Retail and Kelly collectively, "Defendants") failed to plead or otherwise defend this action; Defendants, jointly and severally, owe Plaintiff a debt in the principal amount of $44,685.72, for unpaid invoices and delivery fees in damages, prejudgment interest of $7,651.49 plus daily interest of $22.03 from June 10, 2026 through the date judgment is entered and attorneys' fees and expenses in the amount of $4,559.00, for a judgment under the trust provisions of PACA in the amount of $56,896.21. Defendants are not infants, incompetent persons, or in the military service of the United States; and there is no just reason for delay of entry of final judgment against Defendants, and

**UPON** Defendants having failed to timely oppose or otherwise respond to Plaintiff's motion, it is

**ORDERED** that judgment is hereby entered, in favor of Plaintiff and against Defendants, jointly and severally, under the trust provisions of the Perishable Agricultural Commodities Act, 7 U.S.C. § 499e(c)(4), in the principal amount of $44,685.72, plus prejudgment interest in the amount of $7,651.49 plus daily interest of $22.03 from June 10, 2026 through the date judgment is entered and attorneys' fees and expenses in the amount of $4,559.00, for a judgment under the trust provisions of PACA in the amount of $56,896.21,; and it is further,

**ORDERED** that the judgment entered in favor of Plaintiff and against Defendants, jointly and severally, is a final judgment pursuant to Fed. R. Civ. P. 54(b), there being no just cause for delay in light of Plaintiff's statutory right to prompt payment under PACA, and Plaintiff may have immediate execution therefore.

**SO ORDERED**.

Dated: Brooklyn, New York

9-25-2026 ___, 2025 XXXX

/S/ Frederic Block
Frederic Block, U.S. District Judge